UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARMANDO RAFAEL VILLANUEVA MOLERO,<br>Petitioner,<br><br>v.<br><br>TODD BLANCHE et al.,<br><br>Respondents. | CASE NO. 2:26-cv-03947-JHC<br><br>ORDER |

Before the Court is Petitioner's Motion for Extension of Time, which requests additional time to file a Reply based on his status as a detained, pro se petitioner who relies entirely on institutional mail systems for receiving court filings. *See* Dkt. 12. The Court has in the past sua sponte extended reply deadlines for similarly situated petitioners by 14 days. *See, e.g.*, *Caballero v. Bondi et al.*, No. 2:26-cv-990-JHC, ECF No. 10 (W.D. Wash Apr. 14, 2026) (so extending). The Court therefore provides Petitioner an additional 14 days. Thus, the Court sets December 2, 2026, as the deadline for Petitioner's optional reply.

The Clerk is directed to re-note this matter for December 2, 2026. The Clerk is also directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 18th day of November, 2026.

John H. Chun
United States District Judge